UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMJAE A. D'ALLO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br>*et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-05640-BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: October 6, 2023 |

Plaintiff Timjae A. D'Allo has filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law, and the balance of the record, the Court **RECOMMENDS** as follows:

(1)　Because Plaintiff does not appear to have the funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, the Court recommends granting Plaintiff's IFP Application.

(2)　Plaintiff has named the Washington State Department of Corrections ("DOC") as a Defendant in this matter, a civil rights action under 42 U.S.C. § 1983. *See* Dkt. 3. Section 1983 applies to the actions of "persons" acting under the color of state law. An agency that is an arm

REPORT AND RECOMMENDATION - 1

of the state is not a "person" for purposes of § 1983. *See Howlett v. Rose*, 496 U.S. 356, 365 (1990). Here, the DOC is an agency that is an arm of the state and, therefore, does not qualify as a "person" for a § 1983 action. Thus, this Court recommends this case only be allowed to proceed against Defendants Modrijan, MacBride, and Durrah; and Defendant DOC be dismissed.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October 6, 2023, as noted in the caption.

Dated this 19th day of September, 2023.

Grady J. Leupold
United States Magistrate Judge