UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMJAE A. D'ALLO,<br><br>            Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>            Defendant. | CASE NO. C23-5640 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's report and Recommendation (R&R), Dkt. 8, recommending the Court deny pro se plaintiff Timjae D'Allo's application to proceed *in forma pauperis* and dismiss this case without prejudice, for failure to state a plausible claim.

The Court ordered D'Allo to amend his complaint, and he did so. Dkts. 5, 6. The R&R correctly concludes that D'Allo's amended complaint fails to state a plausible claim.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28

ORDER - 1

U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

D'Allo has not objected to the R&R's recommended dismissal of his claim.

The R&R is **ADOPTED**. D'Allo's application to proceed *in forma pauperis* is **DENIED** and this case is **DISMISSED** without prejudice and without leave to amend.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 15th day of February, 2023.

BENJAMIN H. SETTLE
United States District Judge